IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC., d/b/a Weather King Portable Building,<br><br>        **Plaintiff,**<br><br>v.<br><br>JESSE A. MAUPINS, et al.<br><br>        **Defendants.**<br><br>Re: JADE Rentals, LLC,<br><br>        **Interested Party** | Case No. 23-mc-113-SPM |

### ORDER TO SHOW CAUSE

On December 5, 2023, Plaintiff Consolidated Industries, LLC d/b/a Weather King Portable Building ("Weather King") filed a Motion to Compel against JADE Rentals, LLC ("Jade"), an interested party, in a cause of action in the Western District of Tennessee, 22-cv-1230. (Doc. 2). On January 4, 2024, non-party JADE Rentals, LLC., filed its response. (Doc. 5).

On February 22, 2024, this Court held a telephonic hearing within counsel for Weather King and Jade, at which time the parties were Ordered "meet & confer" in an effort to resolve the outstanding issues. (Doc. 12). Additionally, the parties were to submit a Joint Status Report to the Court no later than March 22, 2024. (Doc. 13).

To date, no report has been received. The parties are, therefore, ORDERED to SHOW CAUSE in writing as to why they did not comply with the Court's directive.

The filing of a status report, on or before April 8, 2024, will satisfy this requirement. **However**, **the failure to respond or file an amended complaint may result in the entry of sanctions. See Fed. R. Civ. Proc. 16(f)(1)(A); Fed. R. Civ. Proc. 41(b).**

**DATED:**  **March 25, 2024**

*s/Stephen P. McGlynn*
**STEPHEN P. MCGLYNN**
**United States District Judge**